ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Assistant United States Attorney
California Bar Number 140310
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6528
    Facsimile: (213) 894-7177
    E-Mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

JS - 6

## UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>$46,502.00 IN U.S. CURRENCY,<br><br>    Defendant.<br><br>ROBERT ZAVALA CARRILLO,<br><br>    Claimant. | CASE NO. CV 10-05238 VAP(JCGx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

    This action was filed on July 16, 2010 ("the complaint"). Notice was given and published in accordance with law. Claimant Robert Zavala Carrillo ("Carrillo") filed a verified claim of

interest on August 27, 2010 and an answer on October 5, 2010. Plaintiff United States of America ("the government") and Carrillo, from whom the defendant $46,502.00 in U.S. currency ("defendant currency") was seized and who filed a verified claim thereto, have reached an agreement that is dispositive of this action.  The parties hereby request that the Court enter this Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

This Court has jurisdiction over the parties and the subject matter of this action.

1.  Notice of this action has been given in accordance with law.  All potential claimants to the defendant currency other than Carrillo are deemed to have admitted the allegations of the complaint.  The allegations set out in the complaint are sufficient to establish a basis for forfeiture.

2.  The United States of America shall have judgment as to $38,502.00 of the defendant currency, plus all interest earned by the government on that amount of the defendant currency, and no other person or entity shall have any right, title or interest therein.  The United States Marshals Service is ordered to dispose of said assets in accordance with law.

3.  $8,000.00 of the defendant currency, together with all interest earned by the government on that amount since seizure, shall be paid to CarrilLo not later than forty five (45) days from the date of the entry of this judgment by electronic transfer directly into a financial institution account designated by Carrillo's counsel, Paul L. Gabbert.  Carrillo's counsel agrees to provide appropriate financial institution account

information within 10 days of execution of this consent judgment.

4.  Carrillo hereby releases the United States of America, its agencies, agents, and officers, including employees and agents of the Drug Enforcement Administration, from any and all claims, actions or liabilities arising out of or related to this action, including, without limitation, any claim for attorney's fees, costs or interest which may be asserted on behalf of the claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5.  The court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings.  This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

6.  The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: April 30, 2012

_____
THE HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE

[Signatures of the parties appear on the next page.]

**Approved as to form and content:**

Dated: April 18, 2012

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/ P. Greg Parham
P. GREG PARHAM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

Dated: March 27, 2012

  /s/ Paul L. Gabbert
PAUL L. GABBERT
Attorney for Claimant
ROBERT ZAVALA CARRILLO

Dated: April 18, 2012

  /s/ Robert Zavala Carrillo
ROBERT ZAVALA CARRILLO
Claimant